**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JULIO CESAR RODRIGUEZ GONZALEZ, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO.  CIV-26-0437-HE |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Petitioner's motion to dismiss without prejudice [Doc. #9] is **GRANTED**.  This case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 27th day of March, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE